UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

_____

JACOB MARTIN,                              :
          Plaintiff,                  :    Civil No. 3:12-CV-1507
      v.                                   :
                                               :    (Judge Kosik)
LACKAWANNA COUNTY, et al.,     :
          Defendants.             :

_____

## ORDER

AND NOW, THIS 13th DAY OF NOVEMBER, 2015, IN ACCORDANCE WITH THE ACCOMPANYING MEMORANDUM, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation of Magistrate Judge Karoline Mehalchick filed on March 26, 2014 (Doc. 39) is **ADOPTED in part and NOT ADOPTED in part**;

(2) Defendants, Lackawanna County, Lackawanna County Treatment Court. Lackawanna County Prison, Lackawanna County Adult Probation and Parole, Scranton Counseling Center, Harbor House, Moses Taylor Hospital, "Matt", a psychology intern at the Lackawanna County Treatment Court, "Courtney", a psychology intern at the Lackawanna County Treatment Court, Paul Robertson, "Kristen", a supervisor at Harbor House, Bill Thompson, Dr. Norien, Jim and Nurse Staff are **DISMISSED**;

(3) Plaintiff's request for declaratory judgment is **DISMISSED**;

(4) Plaintiff's claims under HIPAA, and Title II of the ADA are **DISMISSED**;

(5) Plaintiff is directed to file a Second Amended Complaint as to his 42 U.S.C. §1983 and §1985 claims and any state law claims, in compliance with Fed. R. Civ. P. 8, as set forth in the accompanying Memorandum within thirty (30) days from the date of this Order; and,

(6) The above-captioned action is **REMANDED** to the Magistrate Judge for further proceedings.

                                                s/Edwin M. Kosik
                                                Edwin M. Kosik
                                                United States District Judge